UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LAUREANO,

            Plaintiff,

v.

SHRI SAINATH, LLC d/b/a WEST FARMS HOTEL, and SHRI SAINATH, LLC,

            Defendants.

No. 21-CV-8352 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the conference originally scheduled for January 14, 2022 is hereby rescheduled to January 20, 2022 at 4:30 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference. Plaintiff shall serve a copy of this order on Defendants.

    The parties' joint letter and proposed case management plan are due by January 14, 2022.

    SO ORDERED.

Dated:    January 6, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge