# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 14, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

      Re:    Laureano v. Shri Sainath, LLC, d/b/a West Farms Hotel, et al.
            Case 1:21-cv-08352-RA

Dear Judge Abrams:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 20, 2022, at 4:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

                                        Sincerely,

                                     By: /S/   B. Bradley Weitz
                                        B. Bradley Weitz, Esq. (BW9365)
                                        THE WEITZ LAW FIRM, P.A.
                                        Attorney for Plaintiff
                                        Bank of America Building
                                        18305 Biscayne Blvd., Suite 214
                                        Aventura, Florida 33160
                                        Telephone: (305) 949-7777
                                        Facsimile:  (305) 704-3877
                                        Email: bbw@weitzfirm.com
                                        m

---

Application granted.

The initial pretrial conference is adjourned to February 25, 2022 at 10:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.  Plaintiff shall serve a copy of this order on Defendants. The parties' joint letter and proposed case management plan are due by February 18, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
01/18/22