UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LAUREANO,<br><br>      Plaintiff,<br><br>   v.<br><br>SHRI SAINATH, LLC d/b/a WEST FARMS HOTEL, and SHRI SAINATH, LLC,<br><br>      Defendants. | No. 21-CV-8352 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  In light of the Court's grant of an extension of time for Defendants to respond to the Complaint, the initial pretrial conference scheduled for February 25, 2022 is adjourned to March 10, 2022 at 2:30 p.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. The parties' joint letter and proposed case management plan are due by March 4, 2022.

SO ORDERED.

Dated: February 22, 2022
     New York, New York

                           _____
                           Ronnie Abrams
                           United States District Judge